UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA – NEW ALBANY DIVISION

121 WEST SPRING ST.

NEW ALBANY, IN 47150

4:25-cv-190-TWP-KMB

**FILED**

**09/23/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Jeanette Mckenna, Plaintiff

v.

Southeast Clips – LSGF, LLC, Defendant

Southern District of Indiana, New Albany Division

Pro Se Plaintiff

## COMPLAINT

Plaintiff, Jeanette Mckenna, appearing pro se, brings this action for discrimination, retaliation, and wrongful termination in violation of Title VII of the Civil Rights Act of 1964, as amended, and seeks damages and equitable relief. Plaintiff has received a Notice of Right to Sue from the EEOC and files this Complaint within the required 90-day period.

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because this action arises under federal law, specifically Title VII of the Civil Rights Act of 1964.
2. Venue is proper in this District under 28 U.S.C. § 1391 because the unlawful employment practices occurred in Madison, Indiana, within the Southern District of Indiana, New Albany Division.

## PARTIES

3. Plaintiff, Jeanette Mckenna, is a resident of Dupont, Indiana and was employed as salon manager at the Madison, Indiana Great Clips location from March 30, 2021 until her termination on December 7, 2024.
4. Defendant, Southeast Clips – LSGF, LLC, is the franchise owner and operator of Great Clips salons within this District and employs more than 15 employees within all locations.

## FACTS

5. Plaintiff was salon manager at this location, from March 30, 2021 until December 7, 2024, under Southeast Clips LLC. from July of 2024 until the date of termination on December 7, 2024. Plaintiff expected to be compensated at $15.10 per hour from July, 2024 until September, 2024, and $17.10 thereafter, following a $2/hour raise given to Plaintiff.

6. Plaintiff was paid $15.10/hour from July, 2024 to September, 2024. On October 4, 2024 Plaintiff received first paycheck with $17/hour. The rate of $17/hour continued through the pay period with final check stub reflecting $17 issued on December 13, 2024.

7. Plaintiff was recognized in October 2024 in the company newsletter for record-setting sales of $7,453.

8. Plaintiff repeatedly raised concerns regarding staffing, treatment, and communication, which were ignored.

9. Plaintiff lacked equal tools and resources compared to other managers, making her job more challenging.

10. Plaintiff was required to drive long distances for bank deposits and supplies without travel reimbursement, up to three times a week.

11. Plaintiff was paid less than a new manager of another location (Clara), despite more experience with the franchise, due to Clara having a personal relationship with Samantha Riggs.

12. Plaintiff was commended by Greg Thomas (owner of Southeast Clips) shortly after the confidential transition under new ownership, in which Greg complimented Plaintiff, "I've never seen any salon manager that knows more about Great Clips brand than you!"

13. Plaintiff experienced micromanagement and contradictory instructions from Samantha. Plaintiff was also micromanaged more closely than other salon managers under the same role.

14. On December 7, 2024, Samantha Riggs and Kristi Knight terminated Plaintiff for 'attitude and conduct.' citing a policy violation. Kristi was present when Samantha said, 'I wanted you gone under Joel', a direct statement reflecting retaliation from Samantha.

15. Plaintiff was terminated the day of her salon's holiday Christmas dinner, to recognize and appreciate staff. Plaintiff was included in the success of that salon, however, terminated the day of celebration and was not allow attend. Evidence suggests this was retaliatory behavior as well, from Samantha and Kristi both against the Plaintiff.

16. During termination, Samantha threatened police action, trespass, and prohibited staff from contacting Plaintiff.

17. Plaintiff could not retain employee documentation she created. Samantha claimed those materials and personal notes by Plaintiff were 'company property'.

18. Plaintiff suffered severe financial hardship and lost access to medication and therapy post-termination. Plaintiff was forced to quit any and all medication "cold turkey" and seek additional resources for financial assistance.

19. Plaintiff was awarded Unemployment benefits following her termination.

20. Documentation exists showing biased treatment, withholding information, and retaliation by Samantha Riggs for many years.

21. Plaintiff was previously diagnosed with Post-traumatic Stress Disorder, in December of 2020.

## CLAIMS FOR RELIEF

22. Defendant discriminated against Plaintiff in violation of Title VII of the Civil Rights Act of 1964.

23. Defendant retaliated against Plaintiff for raising protected concerns, resulting in wrongful termination.

24. Defendant subjected Plaintiff to unequal pay, hostile work environment, and adverse actions compared to similarly situated managers.

## DAMAGES

25. Plaintiff suffered lost wages, loss of benefits, severe emotional distress, financial hardship, and other damages.

26. Plaintiff seeks:

  a. Back pay and front pay estimated at $30,000–$35,000;

  b. Out-of-pocket losses including housing, utilities, and medical care estimated at $5,000–$10,000;

  c. Compensatory damages for emotional distress estimated at $75,000–$100,000;

  d. Punitive damages up to the statutory cap, not exceeding $200,000;

  e. Attorney's fees and costs if counsel retained;

  f. Other relief as the Court deems just and proper.

27. Plaintiff requests damages not less than $250,000 or as determined by a jury.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

Jeanette Mckenna
Pro Se Plaintiff

Jeanetie McKenna
6670 W Chestnut St.
Dupont, IN 47231

FILED
SEP 22 2025
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

United States District Court
Southern District of Indiana
New Albany Division
Clerks Office, Room 210
121 West Spring St
New Albany, IN 47150

7022 1470 0002 0730 0478

Retail



UNITED STATES
POSTAL SERVICE

47150

RDC 99

U.S. POSTAGE PAID
FCM LETTER
NORTH VERNON, IN 47265
SEP 18, 2025

$6.66

S2324P506279-06